# MEMO ENDORSED

## Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

July 19, 2021

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Dorian Byrd</u>
21 Cr 441 (KMK)

Dear Judge Karas:

On July 14, 2021, I was appointed by United States Magistrate Judge Judith C. McCarthy to represent Dorian Byrd, one of several defendants charged in the instant indictment. My appointment was said to be for the bail presentment with the understanding that CJA Panel member Steven Feldman, who was already assigned to a pending case for Dorian Byrd before Judge Briccetti, would be assigned on this case as well. I was asked to appear on July 14, 2021 because Mr. Feldman was unable to be at the White Plains Courthouse that day.

Accordingly, I respectfully move to be relieved and for the assignment of Steven Feldman to represent Dorian Byrd in this case.

Very truly yours,

/s/ Richard Willstatter
RICHARD D. WILLSTATTER

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/20/2021