UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DORIAN BYRD,                                  :
                          Petitioner,         :        **ORDER**
                                              :
v.                                            :        23 CV 2584 (VB) / 20 CR 517-2 (VB)
                                              :        23 CV 2585 (VB) / 21 CR 441-2 (VB)
UNITED STATES OF AMERICA,                     :
                          Respondent.         :
------------------------------------------------------------x

Copies Mailed/Faxed 7/19/23
Chambers of Vincent L. Briccetti

        In a letter dated July 11, 2023, which has been separately docketed, petitioner claims he did not receive the government's response to his Section 2255 motion. The government filed its memorandum of law in opposition to the motion, including attachments, on May 30, 2023. The government's filing includes an affirmation of service showing that a copy was mailed to petitioner at his current address.

        Nevertheless, in light of petitioner's July 11 letter, the government is directed to re-mail to petitioner a copy of its memorandum of law in opposition to the motion, including attachments, by no later than July 24, 2023. Also by July 24, 2023, the government shall file proof of service of same.

        **Petitioner's time to file a reply to the government's opposition is extended to September 7, 2023.** Absent further court order, the motion will be considered fully submitted as of that date, and will thereafter be decided in due course.

        Chambers will mail a copy of this Order to petitioner at the following address:

Dorian Byrd, Reg. No. 06420-509
FCI Beckley
Federal Correctional Institution
P.O. Box 350
General & Legal Mail
Beaver, WI  25813

Dated:   July 19, 2023
         White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge