Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

8/7/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DORIAN BYRD,
        Petitioner,

v.

UNITED STATES OF AMERICA,
        Respondent.
-----------------------------------------------------------x

**ORDER**

23 CV 2584 (VB) / 20 CR 517-2 (VB)
23 CV 2585 (VB) / 21 CR 441-2 (VB)

        By Order dated July 19, 2023, because petitioner claimed not to have received the government's response to his Section 2255 motion, the Court directed the government to re-mail to petitioner a copy of its May 30, 2023, memorandum of law in opposition to the motion, including attachments, and to file proof of service of same. By letter dated July 20, 2023, the government confirmed that it had done so.

        In its July 19, 2023 order, the Court also extended until September 7, 2023, petitioner's time to file a reply to the government's opposition. However, due to a typographical error, the July 19 order was mailed to an incorrect address for petitioner, and returned as undeliverable. Accordingly, the Court is issuing the present order to ensure that petitioner knows that his time to file a reply to the government's opposition has been extended to **September 7, 2023**.

        Absent further court order, the motion will be considered fully submitted as of that date, and will thereafter be decided in due course.

        Chambers will mail a copy of this Order to petitioner at the following address:

Dorian Byrd, Reg. No. 06420-509
FCI Beckley
Federal Correctional Institution
P.O. Box 350
General & Legal Mail
Beaver, WV 25813

Dated: August 7, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge