Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                                                     :     **ORDER**

v.                                                        :
                                                        :     20 CR 517-2 (VB)
DORIAN BYRD,                            :     21 CR 441-2 (VB)
            Defendant.                      :
------------------------------------------------------x

        By Order dated January 4, 2024, the Court, among other things, set a briefing schedule with respect to the pending Section 3582(c)(2) motion and appointed Federal Defenders as defendant's attorney for this purpose. The Court has been advised that Federal Defenders has a conflict.

        Accordingly, the Court hereby relieves Federal Defenders and appoints James E. Neuman, Esq., a member of the Court's Criminal Justice Act panel, to represent defendant in the Court's consideration of whether defendant's sentence should be modified in light of Amendment 821.

        The Court reiterates that by January 25, 2024, the government shall file a statement of its position on the pending motion, and that by February 15, 2024, defense counsel shall file a response.

        Chambers will mail a copy of this Order to defendant at the following address:

Dorian Byrd, Reg. No. 06420-509
FCI Beckley
Federal Correctional Institution
P.O. Box 350
General & Legal Mail
Beaver, WV 25813

        Chambers will also email a copy of this Order to Mr. Neuman.

Dated: January 5, 2024
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge